DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JARRETT PERRY,**
Appellant,

v.

**RICHARD RILEY,**
Appellee.

No. 4D2023-2633

[August 1, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 432023DV000038.

Sharon Bidka Urbanek of Forman Law Offices, PA., Delray Beach, for appellant.

Barbara Kibbey of Kibbey | Wagner, PLLC, Stuart, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and LEVINE, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***